Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 1*    **F 9075-1**

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

**FILED & ENTERED**

**JUL 07 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jones    DEPUTY CLERK**

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Robert M. Yaspan, SBN 051867
Debra R. Brand, SBN 162285
Law Offices of Robert M. Yaspan
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367
Telephone: 818-905-7711
Fax: 818-501-7711

*Attorney for* COAST CARWASH, L.P., a California limited partnership

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

COAST CARWASH, L.P., a California limited partnership

Debtor.

| | |
|---|---|
| Movant(s), | CHAPTER 11<br><br>CASE NUMBER: 2:10-35382 |
| vs. | |
| Respondent(s). | (No Hearing Required) |

# ORDER SHORTENING TIME

## [Local Bankruptcy Rule 9075-1(b)]

1. On the following date, Movant filed the following Motion together with a Motion to have the matter heard on shortened notice pursuant to Local Bankruptcy Rule 9075-1(b):

   a. *Specify date of filing of Motion:* July 2, 2010

   b. *Specify the Title of the Motion*: EMERGENCY MOTION FOR ORDER UNDER PROHIBITING UTILITIES FROM DISCONTINUING, ALTERING OR REFUSING SERVICE; AND ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCES OF PAYMENT; DECLARATION OF JAMES YANG IN SUPPORT THEREOF

2. Having considered the Motion for Order Shortening Time and declarations submitted in support thereof, the Motion for Order Shortening Time is:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 2*    **F 9075-1**

| In re: | | |
|---|---|---|
| | Debtor(s). | CHAPTER:<br>CASE NUMBER: |

a. ☐ **Denied**: The underlying Motion may be brought on regular notice.

b. ☒ **Granted**: It is further ordered as follows:

  (1) A hearing on the Motion will be held on the following date and time and in the specified location:

---

**Hearing Date: July 8, 2010**    **Time: 3:00 p.m.**    **Courtroom: 1645**    **Floor: 16th**

☒ **255 East Temple Street, Los Angeles**    ☐ **411 West Fourth Street, Santa Ana**

☐ **21041 Burbank Boulevard, Woodland Hills**    ☐ **1415 State Street, Santa Barbara**

☐ **3420 Twelfth Street, Riverside**

---

*(This Order is continued on the next page.)* (2) Telephonic notice of the hearing shall be given to the following parties no later than the following date and time:

  a. *Specify deadline for giving of telephonic notice:*    *Date:*    *Time:*

  b. *Specify names of parties to be given telephonic notice:*    ☐ See Attached Page

(3) Written notice of the hearing shall be given to **all the necessary** parties no later than the following date and time by the following method of delivery:

  a. ☒ Personal Delivery, E-mail or Facsimile    ☒ Overnight Mail    ☐ First Class Mail

  b. *Specify deadline for giving of written notice:*    Date: July 6, 2010    Time: 5:00 p.m.

  c. *Specify names of parties to be given written notice:*    ☐ See Attached Page

(4) ☒ The moving papers, declarations and other supporting documentation shall be served on **all the necessary** parties no later than the following date and time by the following method of delivery:

  a. ☒ Personal Delivery, E-mail or Facsimile    ☒ Overnight Mail    ☐ First Class Mail

  b. *Specify deadline for giving of written notice:*    Date: July 6, 2010    Time: 5:00 p.m.

  c. *Specify names of parties to be served:*    ☐ See Attached Page

(5) Any opposition to the Motion must be filed with the Court, a file-stamped copy delivered to the Judge's chambers, and served upon Movant no later than the following date and time by the following method of delivery:

  a. ☒ Personal Delivery or Facsimile    ☐ Overnight Mail    ☐ First Class Mail

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 3*    **F 9075-1**

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

    b.  *Specify deadline for service of opposition:*      Date:  July 8, 2010      Time: 2:00 p.m.

(6)  A declaration by Movant establishing that telephonic notice, written notice and service was completed as set forth above must be filed **before** the hearing.

###

DATED: July 7, 2010

_____
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 4*   **F 9075-1**

| In re: | | CHAPTER: |
| --- | --- | --- |
| | Debtor(s). | CASE NUMBER: |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described **EMERGENCY MOTION FOR ORDER UNDER PROHIBITING UTILITIES FROM DISCONTINUING, ALTERING OR REFUSING SERVICE; AND ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCES OF PAYMENT; DECLARATION OF JAMES YANG IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 2, 2010 | Alison M. Moses | /s/ Alison M. Moses |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9075-1**

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

Wilshire State Bank
Commercial Finance Dept.
2140 W. Olympic Blvd.
Los Angeles, CA 90006

Prime Carwash Investments
6725 Mesa Ridge Rd., Suite 218
San Diego, CA 92121

Coast Carwash L.P.
300 S. Orange Grove Blvd., Unit 2
Pasadena, CA 91105

Oceanside Distributors
12841 Western Ave, Unit B
Garden Grove, CA 92841

Oceanside Distributor
1304 W 9th St Apt 1
San Pedro, CA 90732

Carkleen Car Care Products
24373 Senna
Dr.
Wildomar, CA 92595

RH Interpreting Services
PO Box 2986
Anaheim, CA 92814

Mark V Products
400 El Sobrante Road
Corona, CA 92879

NCL Pharmaceuticals
PO Box 250337
Glendale CA 91225

Car Aroma
412 W. Anaheim Street
Wilmington, CA 90744

Southern California Edison
P.O. Box 800
Rosemead, CA 91770

City of Long Beach
PO Box 630
Long Beach CA 90842

770 International Inc
7131 Owensmouth, Suite A23
Canoga Park CA 91303

Superior Auto Extras
1260 Encinitas Ave
Sylmar, CA 91342

Metro International
13027 N. Dapple Drive
Tucson AZ 85755

Marian Heath Greeting Cards
PO Box 55399
Boston MA 02205

Blue Mountain Arts
P. O. Box 1007,
Boulder, CO 80306

Advanced Carwash Technologies
2602 Oak St
Santa Ana, CA 92707

Paramount Physicians Health Center
16444 Paramount Blvd.
Paramount CA 90723

State Fund
375 West Hospitality Lane
San Bernardino, CA 92408

Allied Insurance
c/o Patrion Insurance Services Inc
PO Box 992
Riverside CA 92502

Syndicated Diagnostic Imaging Inc
PO Box 250370
Glendale CA 91225

Citibank
100 Citibank Drive
San Antonio, TX 78245

*Chamber Copy*
The Hon. Richard Neiter
United States Bankruptcy Court
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 6*    **F 9075-1**

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

*Attorney for Wilshire State Bank*
The Song Law Group, APLC
800 W. 6th St., Suite 1410
Los Angeles, CA  90017

Office of the United States Trustees
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Long Beach Water
1800 East Wardlow Road
Long Beach, CA  90807

Verizon
P.O. Box 371873
Pittsburgh, PA  15250-7873

Southern California Edison
300 North Lone Hill Ave.
San Dimas, CA  91773

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 7*    **F 9075-1**

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **EMERGENCY MOTION FOR ORDER UNDER PROHIBITING UTILITIES FROM DISCONTINUING, ALTERING OR REFUSING SERVICE; AND ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCES OF PAYMENT; DECLARATION OF JAMES YANG IN SUPPORT THEREOF** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

| | | |
|---|---|---|
| Wilshire State Bank<br>Commercial Finance Dept.<br>2140 W. Olympic Blvd.<br>Los Angeles, CA 90006 | Prime Carwash Investments<br>6725 Mesa Ridge Rd., Suite 218<br>San Diego, CA 92121 | Coast Carwash L.P.<br>300 S. Orange Grove Blvd., Unit 2<br>Pasadena, CA 91105 |
| Oceanside Distributors<br>12841 Western Ave, Unit B<br>Garden Grove, CA 92841 | Oceanside Distributor<br>1304 W 9th St Apt 1<br>San Pedro, CA 90732 | Carkleen Car Care Products<br>24373 Senna Dr.<br>Wildomar, CA 92595 |
| RH Interpreting Services<br>PO Box 2986<br>Anaheim, CA 92814 | Mark V Products<br>400 El Sobrante Road<br>Corona, CA 92879 | NCL Pharmaceuticals<br>PO Box 250337<br>Glendale CA 91225 |
| Car Aroma<br>412 W. Anaheim Street<br>Wilmington, CA 90744 | Southern California Edison<br>P.O. Box 800<br>Rosemead, CA 91770 | City of Long Beach<br>PO Box 630<br>Long Beach CA 90842 |
| 770 International Inc<br>7131 Owensmouth, Suite A23<br>Canoga Park CA 91303 | Superior Auto Extras<br>1260 Encinitas Ave<br>Sylmar, CA 91342 | Metro International<br>13027 N. Dapple Drive<br>Tucson AZ 85755 |
| Marian Heath Greeting Cards<br>PO Box 55399<br>Boston MA 02205 | Blue Mountain Arts<br>P. O. Box 1007,<br>Boulder, CO 80306 | Advanced Carwash Technologies<br>2602 Oak St<br>Santa Ana, CA 92707 |
| Paramount Physicians Health Center<br>16444 Paramount Blvd.<br>Paramount CA 90723 | State Fund<br>375 West Hospitality Lane<br>San Bernardino, CA 92408 | Allied Insurance<br>c/o Patrion Insurance Services Inc<br>PO Box 992<br>Riverside CA 92502 |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 9*    **F 9075-1**

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

Syndicated Diagnostic Imaging Inc
PO Box 250370
Glendale CA 91225

Citibank
100 Citibank Drive
San Antonio, TX 78245

*Chamber Copy*
The Hon. Richard Neiter
United States Bankruptcy Court
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012

*Attorney for Wilshire State Bank*
The Song Law Group, APLC
800 W. 6th St., Suite 1410
Los Angeles, CA  90017

Office of the United States Trustees
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Long Beach Water
1800 East Wardlow Road
Long Beach, CA  90807

Verizon
P.O. Box 371873
Pittsburgh, PA  15250-7873

Southern California Edison
300 North Lone Hill Ave.
San Dimas, CA  91773

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 10*    **F 9075-1**

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**