1  ROBERT M. YASPAN, SBN 051867
   DEBRA R. BRAND, SBN 162285
2  LAW OFFICES OF ROBERT M. YASPAN
3  21700 Oxnard Street, Suite 1750
   Woodland Hills, California 91367
4  Telephone:  (818) 774-9929
   Facsimile: (818) 774-9989
5  [Proposed] General Counsel for
6  Debtor

7

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

10

11  In re                              )  Chapter  No.:   11
                                       )
12  Coast Carwash L.P.,                )  Case No.: 2:10-bk-35382-RN
13  a California limited partnership,  )
                                       )  CORRECTED STATUS CONFERENCE REPORT
14              Debtor                 )  (WITH EXHIBITS)
15                                     )
                                       )
16                                     )  Date:  November 4, 2010
17                                     )  Time:  2:00 p.m.
                                       )  Place: Courtroom 1645
18                                     )         255 E. Temple
                                       )         Los Angeles, California 90012
19  _____)

20
        Coast Carwash, L.P., the herein debtor, alleges as follows in response to this Court's order
21
22  regarding the Status Conference:

23      1.      Coast Carwash, L.P., operates and manages a full-service hand-wash car wash located

24  at 5677 E. 7th Street, Long Beach, California.  The facility also includes a gift shop and free wifi for

25  its customers.
26
        2.      This case was filed because the primary lender, Wilshire State Bank, had filed a state
27
28  court complaint which sought, among other things, the appointment of a receiver.  The Debtor also

                                        1

had tax liabilities with the Internal Revenue Service in the amount of approximately $130,000 and

the agency was threatening to levy.

3.      The Debtor has not yet identified any legal disputes.  While the Debtor has not yet

finished its analysis of the various loan documents themselves, it is pretty well certain that the Lender

is currently undersecured.  Thus, an analysis of its fair market value will turn out to be important.

4.      The Debtor is in substantial compliance with the requirements of the Court, including

those with of the Office of the United States Trustee.

5.      This is not either a small business debtor; nor is this a small business case.

6.      This is not a case involving single asset real estate.

7.      Wilshire State Bank and Debtor have entered into a stipulation regarding the cash

collateral.  The stipulation and proposed order are concurrently being uploaded.

8.      There have been no discussions with the landlord at this time.  The Debtor intends to

engage in discussions with the landlord regarding the adjustment of rent to the fair market value

during the bankruptcy.  The Debtor has filed motion to continue the date by which it must assume or

reject the lease for another 90 days (after the first 120 has expired).

9.      Attached hereto as Exhibit 1 is a copy of the actual and projected budget for August

and September 2010.  Debtor did not have a projected budget for July 2010.

9.1      In August 2010, Debtor had to pay an unusually high worker's compensation

payment; however, the payment covered both August and September 2010.

9.2      In September 2010, Debtor had a difficult month.  There were five rain days resulting

in closure.  Additionally, Debtor experienced an area power outage on Labor Day, which cost it at

least $5,000.  Threat of rain also caused slow business for a number of days.

9.3      With the continuing unseasonable weather, Debtor has already been closed six days in

October 2010 (through October 20, 2010). Debtor expects that business will be slow through at least the end of the month due to inclement weather.

10.    Attached hereto as Exhibit 2 is a copy of Debtor's proposed budget for October 2010 to April 2011. The budget attached as Exhibit 2 is also the budget attached to the stipulation with Wilshire State Bank re cash collateral.

11.    The budgets herein are highly fluid and the unseasonable weather has impacted the gross revenue numbers. Debtor's revenue is reliant on daily business from the local community, and with poor weather, business is slower. However, with rain, the expenses normally decrease, so the net effect of closures is somewhat less than the loss in gross revenue. Debtor's amount of savings changes depending on whether Debtor suffers complete closure, resulting in zero labor costs, or if is cloudy conditions and Debtor is open, but extremely slow. For much of the summer the latter scenario has been the situation, and as a result, Debtor has significant drop of income without a corresponding drop in expenses.

12.    Since this is a revenue-driven bankruptcy, Debtor recognizes that it needs to significantly increase its revenue to regain profitability in its business. Debtor is implementing new marketing and advertising efforts to increases its revenues. There are some specific expenditures in the projected budget and also some hidden costs that are difficult to quantify. Examples of this are the purchase of a customer loyalty package (Washcard). However, the cost of the various discounts and deals Debtor plans to offer as part of its promotions are not as easy to quantify. Rather, these promotions will show up as labor and materials costs.

13.    Debtor's promotions efforts should result in an expanded customer base beyond the drive-by neighborhood business. Debtor is expanding its internet advertising and marketing. Additionally, Debtor has expanded efforts for corporate and business customers through a special

1  pricing for fleet business.

2      14.    The Court has set on or before March 31, 2011 for the filing of Debtor's Plan and

3  Disclosure Statement.

4
5      15.    As stated above, a Motion for an Order Extending Time to Assume or Reject

6  Executory Contract (Real Estate Lease) has been filed and is scheduled to be heardon November 17,

7  2010.

8

9
   Dated:  October 20, 2010                    LAW OFFICES OF ROBERT M. YASPAN
10

11
                                              By_____
12                                                Robert M. Yaspan
                                                  Debra R. Brand
13                                                [Proposed] Counsel for Debtor

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

| Item | August 2010 (Projected) | August 2010 (Actual) | Sept 2010 (Projected) | Sept 2010 (Actual) |
|---|---|---|---|---|
| **Income** | | | | |
| Carwash Sales | $96,000.00 | $94,274.75 | $100,000.00 | $83,322.19 |
| Sales Taxes | $500.00 | $400.00 | $500.00 | $400.00 |
| Loan from partner(s) | | | | |
| **Total** | **$96,500.00** | **$94,674.75** | **$100,500.00** | **$83,722.19** |
| | | | | |
| **Expenses** | | | | |
| Rent | $12,104.56 | $12,104.56 | $12,104.56 | $12,104.56 |
| Mortgage - WSB | $10,000.00 | $11,500.00 | $11,500.00 | |
| Payroll (Wages) | $51,200.00 | $45,500.00 | $50,000.00 | $44,328.38 |
| Payroll Taxes | $5,200.00 | $5,100.00 | $5,100.00 | $5,849.64 |
| Payroll Service | $400.00 | $400.00 | $400.00 | $400.00 |
| Workers Comp | $10,272.00 | $10,272.00 | $5,113.64 | $0.00 |
| Franchise Tax Board | | | | |
| Business Licenses, Permits, Fees | | $616.25 | | $650.00 |
| Cost of Goods Sold | $4,000.00 | $3,782.49 | $3,000.00 | $4,000.00 |
| Parts and Materials | $4,500.00 | $3,202.39 | $3,000.00 | $3,000.00 |
| Repairs and Maintenance | $4,000.00 | $4,000.00 | $200.00 | $200.00 |
| Sales Taxes | $500.00 | $1,270.00 | $500.00 | |
| Utilities - Electricity | $1,924.58 | $1,734.00 | $2,000.00 | $2,000.00 |
| Utilities - Water/Trash | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| Utilities - Other | | $152.66 | $175.00 | |
| Telephone/Internet | $183.66 | $149.52 | $176.22 | $178.52 |
| Property Taxes | | | | |
| Insurance | $2,312.60 | $2,312.66 | $2,312.60 | $2,312.66 |
| Merchant Services | $2,000.00 | $1,092.42 | $2,000.00 | $1,500.00 |
| Marketing and Advertising | | | | $200.00 |
| Damage claims | $493.00 | $493.00 | $300.00 | $559.11 |
| Bank Charges | $100.00 | $100.00 | $100.00 | $97.50 |
| Misc. | | | | $150.00 |
| Repayment of short-term loans | | | | |
| **Total** | **$110,590.40** | **$105,181.95** | **$99,382.02** | **$78,930.37** |
| | | | | |
| Net Income | | | | |
| Cumulative Income | | | | |

# EXHIBIT 2

| Item | October 2010 | November 2010 | December 2010 | January 2011 | February 2011 | Mar-11 | Apr-11 | Total |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| Carwash Sales | $80,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $95,000.00 | $100,000.00 | $535,000.00 |
| Sales Taxes | $400.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $2,900.00 |
| Loan from partner(s) | | | | | | | | |
| **Total** | **$80,400.00** | **$90,500.00** | **$90,500.00** | **$90,500.00** | **$90,500.00** | **$95,500.00** | **$100,500.00** | **$442,400.00** |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| **Expenses** | | | | | | | | |
| Rent | $12,104.56 | $12,104.56 | $12,104.56 | $12,104.56 | $12,104.56 | $12,104.56 | $12,104.56 | $72,627.36 |
| Mortgage - WSB | $11,500.00 | $11,500.00 | $11,500.00 | $11,500.00 | $11,500.00 | $11,500.00 | $11,500.00 | $69,000.00 |
| Payroll (Wages) | $31,000.00 | $36,000.00 | $36,000.00 | $36,000.00 | $34,000.00 | $36,000.00 | $36,000.00 | $209,000.00 |
| Payroll (Insiders) | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $54,000.00 |
| Payroll Taxes | $4,500.00 | $4,900.00 | $4,900.00 | $4,900.00 | $4,500.00 | $5,100.00 | $5,100.00 | $28,800.00 |
| Payroll Service | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $2,400.00 |
| Workers Comp | $4,350.00 | $5,113.64 | $5,113.64 | $5,113.64 | $4,800.00 | $5,113.64 | $5,113.64 | $29,604.56 |
| Franchise Tax Board | | | | | | | | $0.00 |
| Business Licenses, Permits, Fees | | | $550.00 | | | | | $550.00 |
| Cost of Goods Sold | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $12,000.00 |
| Parts and Materials | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $12,000.00 |
| Repairs and Maintenance | $500.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $1,500.00 |
| Sales Taxes | | $1,250.00 | | | $1,250.00 | | | $2,500.00 |
| Utilities - Electricity | $3,407.72 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $2,000.00 | $2,000.00 | $12,607.72 |
| Utilities - Water/Trash | $1,400.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,400.00 | $1,400.00 | $7,600.00 |
| Utilities - Other | $1,750.00 | $175.00 | | | | | | $1,925.00 |
| Telephone/Internet | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $1,200.00 |
| Property Taxes | | $7,500.00 | | | | | $7,500.00 | $7,500.00 |
| Insurance | $2,312.66 | $2,312.66 | $2,312.66 | $2,312.66 | $2,312.66 | $2,312.66 | $2,312.66 | $13,875.96 |
| Merchant Services | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $9,000.00 |
| Marketing and Advertising | $3,000.00 | $4,000.00 | $500.00 | $300.00 | $500.00 | $500.00 | $500.00 | $8,300.00 |
| Damage claims | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $1,800.00 |
| Bank Charges | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $600.00 |
| Misc. | | | | | | | | $0.00 |
| Repayment of short-term loans | | | | | | | | $0.00 |
| **Total** | **$91,324.94** | **$103,555.86** | **$91,180.86** | **$90,930.86** | **$89,667.22** | **$91,730.86** | **$99,230.86** | **$466,659.74** |

| In re: Coast Carwash L.P. | CHAPTER  11 |
|---|---|
| Debtor(s). | CASE NUMBER  LA 10-35382-RN |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
21700 Oxnard Street, Suite 1750, Woodland Hills CA 91367

The foregoing document STATUS CONFERENCE REPORT will be served or was served  (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 20, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Joon W Song on behalf of Creditor c/o Joon Song, Esq. Wilshire State Bank
jsong@thesonglawgroup.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL**
On October 20, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

See attached service list.

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 20, 2010 | Tatyana K. Menachian | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

{CZT/00191710.DOC/POS/00005.000}This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

Wilshire State Bank
Commercial Finance Dept.
2140 W. Olympic Blvd.
Los Angeles, CA 90006

Prime Carwash Investments
6725 Mesa Ridge Rd., Suite 218
San Diego, CA 92121

Coast Carwash L.P.
300 S. Orange Grove Blvd., Unit 2
Pasadena, CA 91105

Oceanside Distributors
12841 Western Ave, Unit B
Garden Grove, CA 92841

Oceanside Distributor
1304 W 9th St Apt 1
San Pedro, CA 90732

Carkleen Car Care Products
24373 Senna Dr.
Wildomar, CA 92595

RH Interpreting Services
PO Box 2986
Anaheim, CA 92814

Mark V Products
400 El Sobrante Road
Corona, CA 92879

NCL Pharmaceuticals
PO Box 250337
Glendale CA 91225

Car Aroma
412 W. Anaheim Street
Wilmington, CA 90744

Southern California Edison
P.O. Box 800
Rosemead, CA 91770

City of Long Beach
PO Box 630
Long Beach CA 90842

770 International Inc
7131 Owensmouth, Suite A23
Canoga Park CA 91303

Superior Auto Extras
1260 Encinitas Ave
Sylmar, CA 91342

Metro International
13027 N. Dapple Drive
Tucson AZ 85755

Marian Heath Greeting Cards
PO Box 55399
Boston MA 02205

Blue Mountain Arts
P. O. Box 1007,
Boulder, CO 80306

Advanced Carwash Technologies
2602 Oak St
Santa Ana, CA 92707

Paramount Physicians Health Center
16444 Paramount Blvd.
Paramount CA 90723

State Fund
375 West Hospitality Lane
San Bernardino, CA 92408

Allied Insurance
c/o Patrion Insurance Services Inc
PO Box 992
Riverside CA 92502

Syndicated Diagnostic Imaging Inc
PO Box 250370
Glendale CA 91225

Citibank
100 Citibank Drive
San Antonio, TX 78245

*Chamber Copy*
The Hon. Richard Neiter
United States Bankruptcy Court
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012

*Attorney for Wilshire State Bank*
The Song Law Group, APLC
800 W. 6th St., Suite 1410
Los Angeles, CA 90017

Office of the United States Trustees
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Prime Carwash Investments, Inc.
6725 Mesa Ridge Road, Suite 218
San Diego CA 92121