ROBERT M. YASPAN, SBN 051867
DEBRA R. BRAND, SBN 162285
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 774-9929
Facsimile: (818) 774-9989
[Proposed] General Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Coast Carwash L.P.,<br>a California limited partnership,<br><br><br>Debtor | Chapter No.: 11<br><br>Case No.: 2:10-bk-35382-RN<br><br>DECLARATION OF TATYANA MENACHIAN REGARDING NOTICE OF ERRATA OF PROOF OF SERVICE OF CORRECTED STATUS CONFERENCE REPORT (WITH EXHIBITS)<br><br>Date: November 4, 2010<br>Time: 2:00 p.m.<br>Place: Courtroom 1645<br>       255 E. Temple<br>       Los Angeles, California 90012 |

I, Tatyana Menachian, hereby declare under penalty of perjury as follows:

1. I am a paralegal at the Law Offices of Robert M. Yaspan, the attorney for the Debtor in the above-entitled matter. I have personal knowledge of the facts set forth herein and if called as a witness I could, and would, so competently testify hereto.

2. My proof of service attached to the document entitled "Corrected Status Conference Report (with Exhibits)" that was filed on October 20, 2010, had the incorrect title to the document

1

1  being served. The title of the document should have read "Corrected Status Conference Report (with

2  Exhibits)".

3  Executed on October 21, 2010 at Woodland Hills, California.

4  I declare under penalty of perjury that the preceding is true and correct to the best of my

5  knowledge, information and belief under the laws of the United States of America and the State of

7  California.

_____
Tatyana Menachian, Declarant

2

| In re: Coast Carwash L.P. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER LA 10-35382-RN |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21700 Oxnard Street, Suite 1750, Woodland Hills CA 91367

The foregoing document DECLARATION OF TATYANA MENACHIAN REGARDING NOTICE OF ERRATA OF RPOOF OF SERVICE OF CORRECTED STATUS CONFERENCE REPORT (WITH EXHIBITS) will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 20, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Joon W Song on behalf of Creditor c/o Joon Song, Esq. Wilshire State Bank
jsong@thesonglawgroup.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL**
On October 22, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

See attached service list.

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 22, 2010 | Tatyana K. Menachian | /s/ Tatyana |
|---|---|---|
| Date | Type Name | Signature |

{CZT/00191710.DOC/POS/00005.000}This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9013-3.1

Wilshire State Bank
Commercial Finance Dept.
2140 W. Olympic Blvd.
Los Angeles, CA 90006

Prime Carwash Investments
6725 Mesa Ridge Rd., Suite 218
San Diego, CA 92121

Coast Carwash L.P.
300 S. Orange Grove Blvd., Unit 2
Pasadena, CA 91105

Oceanside Distributors
12841 Western Ave, Unit B
Garden Grove, CA 92841

Oceanside Distributor
1304 W 9th St Apt 1
San Pedro, CA 90732

Carkleen Car Care Products
24373 Senna Dr.
Wildomar, CA 92595

RH Interpreting Services
PO Box 2986
Anaheim, CA 92814

Mark V Products
400 El Sobrante Road
Corona, CA 92879

NCL Pharmaceuticals
PO Box 250337
Glendale CA 91225

Car Aroma
412 W. Anaheim Street
Wilmington, CA 90744

Southern California Edison
P.O. Box 800
Rosemead, CA 91770

City of Long Beach
PO Box 630
Long Beach CA 90842

770 International Inc
7131 Owensmouth, Suite A23
Canoga Park CA 91303

Superior Auto Extras
1260 Encinitas Ave
Sylmar, CA 91342

Metro International
13027 N. Dapple Drive
Tucson AZ 85755

Marian Heath Greeting Cards
PO Box 55399
Boston MA 02205

Blue Mountain Arts
P. O. Box 1007,
Boulder, CO 80306

Advanced Carwash Technologies
2602 Oak St
Santa Ana, CA 92707

Paramount Physicians Health Center
16444 Paramount Blvd.
Paramount CA 90723

State Fund
375 West Hospitality Lane
San Bernardino, CA 92408

Allied Insurance
c/o Patrion Insurance Services Inc
PO Box 992
Riverside CA 92502

Syndicated Diagnostic Imaging Inc
PO Box 250370
Glendale CA 91225

Citibank
100 Citibank Drive
San Antonio, TX 78245

*Chamber Copy*
The Hon. Richard Neiter
United States Bankruptcy Court
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012

*Attorney for Wilshire State Bank*
The Song Law Group, APLC
800 W. 6th St., Suite 1410
Los Angeles, CA 90017

Office of the United States Trustees
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017